UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

Deja Lewis,

          Plaintiff,

v.

Equifax Information Services, LLC and
The Bank of Missouri,

          Defendants.

CASE NO.: 2:24-cv-00129-RWS-JCF

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT THE BANK OF MISSOURI WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant The Bank of Missouri with prejudice and without attorney's fees or costs to either party.

Respectfully Submitted, October 10, 2024.

| | |
|---|---|
| **/s/ Gary Hansz (with consent)** | **/s/ Jonathan K. Aust** |
| Gary Hansz | Jonathan K. Aust |
| Bar No. 534669 | Georgia Bar No. 448584 |
| Credit Repair Lawyers of America | John H. Bedard, Jr. |
| 39111 Six Mile Road | Georgia Bar No. 043473 |
| Suite 142 | Bedard Law Group, P.C. |

9704812v1

Livonia, Michigan 48152  
Telephone: (248) 353-2882  
gary.hansz@crlam.com  
*Attorney for Plaintiff*

4855 River Green Parkway  
Suite 310  
Duluth, Georgia 30096  
Telephone: (678) 253-1871  
jaust@bedardlawgroup.com  
jbedard@bedardlawgroup.com  
*Attorneys for Defendant,*  
*The Bank of Missouri*

**/s/ Christine Kapur (*with consent*)**  
Christine Kapur  
Bar No. 197008  
Equifax Inc.  
1550 Peachtree Street  
Atlanta, GA 30309  
Telephone: (404) 655-4309  
christine.kapur@equifax.com  
*Attorney for Defendant Equifax Information Services, LLC*

9704812v1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

Deja Lewis,

          Plaintiff,        CASE NO.: 2:24-cv-00129-RWS-JCF

v.

Equifax Information Services, LLC and
The Bank of Missouri,

          Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2024, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted this 10th day of October 2024.

                                              **BEDARD LAW GROUP, P.C.**

                                              **/s/ Jonathan K. Aust**
                                              Jonathan K. Aust
                                              Georgia Bar No. 448584
                                              John H. Bedard, Jr.
                                              Georgia Bar No. 043473
                                              *Attorneys for Defendant, The Bank of Missouri*

9704812v1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

Deja Lewis,

        Plaintiff,

v.

Equifax Information Services, LLC and
The Bank of Missouri,

        Defendants.

CASE NO.: 2:24-cv-00129-RWS-JCF

## ORDER OF DISMISSALWITH PREJUDICE AS TO DEFENDANT THE BANK OF MISSOURI

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against The Bank of Missouri are hereby dismissed with prejudice and without fees or costs to either party.

Date: _____

_____
Judge of United States District Court

9704812v1