**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| DEJA LEWIS,<br>　　　　　Plaintiff(s),<br>vs.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  2:24-CV-129-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and the Court having adopted said recommendation, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed with prejudice**.

Dated at Gainesville, Georgia, this 23rd day of December, 2024.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　s/ D. McGoldrick
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 23, 2024
Kevin P. Weimer
Clerk of Court

By:  s/ D. McGoldrick
　　　　Deputy Clerk